No. 513, Misc.  STASILOWICZ *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Eugene P. Kenny* for petitioner.

No. 517, Misc.  CASTLE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *W. Edward Morgan* for petitioner.  *Solicitor General Griswold* for the United States.

No. 616, Misc.  MIGLIORE ET AL. *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Phillip A. Hubbart* for petitioner Migliore.  *Solicitor General Griswold* for the United States.

No. 656, Misc.  ARELLANES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.  *F. Conger Fawcett* for petitioner.  *Solicitor General Griswold* for the United States.

No. 716, Misc.  MILLER *v.* BETO, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari and other relief denied.

No. 1279, October Term, 1968.  UNITED STATES *v.* IDEAL BASIC INDUSTRIES, INC., 395 U. S. 936.  Petition for rehearing denied.  MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.